UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Tony Simmons,  Civil No. 20-1557 (PJS/LIB)

    Plaintiff,

vs.  ORDER ADOPTING
REPORT AND RECOMMENDATION

Federal Bureau of Prisons, et al.,

    Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Complaint, [Docket No. 1] is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted under §1915A(b); and

2. Plaintiff's Motion for Emergency Injunctive Relief, [Docket No. 3], is **DENIED as moot**.

DATED: 3/3/21      s/Patrick J. Schiltz
At Minneapolis, Minnesota      Patrick J. Schiltz, Judge
    United States District Court