UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tony Simmons,  
        Plaintiff,  

vs.  

Federal Bureau of Prisons, et al.,  
        Defendants.

Civil No. 20-1557 (PJS/LIB)

ORDER ADOPTING
REPORT AND RECOMMENDATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Complaint, [Docket No. 1] is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted under §1915A(b); and

2. Plaintiff's Motion for Emergency Injunctive Relief, [Docket No. 3], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 3/3/21  
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court